IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES,

    Plaintiff,

v.                                      CASE NO. 1:10-cv-123-SPM-GRJ

CHARLES DENNIS CLAYTON,
MICHAEL J. WIESEN,
DEBORAH L. PERRY,
WACHOVIA BANK, N.A., as
CUSTODIAN TRUST FOR
PLYMOUTH PARK TAX SERVICES
LLC, and VON FRASER in his
official capacity as ALACHUA
COUNTY TAX COLLECTOR,

    Defendants.
_____ /

## O R D E R

Pending before the Court is Von Fraser, Alachua County Tax Collector's Motion For Extension of Time to Respond to Amended Complaint. (Doc. 21.) Defendant, Von Fraser, Alachua County Tax Collector requests an extension of time to file a response to the amended complaint because the United States sought leave to file a second amended complaint. The Court in a separate order has granted the United States' request to file a second amended complaint and therefore the extension is due to be granted. The United States does not object to the requested extension.

Accordingly, upon due consideration, it is **ORDERED**:

1. Von Fraser, Alachua County Tax Collector's Motion For Extension of Time to Respond to Amended Complaint (Doc. 21) is **GRANTED**.

2. Defendant Von Fraser, Alachua County Tax Collector shall file his response

to the United States' Second Amended Complaint by **June 10, 2011**.

  **DONE AND ORDERED** this 9th day of May 2011.

           *s/ Gary R. Jones*
           GARY R. JONES
           United States Magistrate Judge